RICHARD J. IDELL, ESQ. (SBN 069033)
ORY SANDEL, ESQ. (SBN 233204)
THE IDELL FIRM
A Professional Corporation
465 California Street, Suite 500
San Francisco, CA 94104
Telephone: (415) 986-2400
Facsimile: (415) 392-9259
Email: richard.idell@idellfirm.com
ory.sandel@idellfirm.com

*Attorneys for Defendant Christopher Perry Hunter*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: THE APPLICATION OF:<br><br>GEERTE M. FRENKEN,<br><br>               Plaintiffs,<br><br>v.<br><br>CHRISTOPHER PERRY HUNTER, et al.<br><br>               Defendants. | CASE NO. CV 17 3125 (HSG)<br><br>**ORDER DENYING DEFENDANT'S EX PARTE ADMINISTRATIVE MOTION FOR PERMISSION FOR ORY SANDEL, ESQ. TO APPEAR AT 9/5/17 CASE MANAGEMENT CONFERENCE IN LIEU OF LEAD TRIAL COUNSEL, RICHARD J. IDELL, ESQ.**<br><br>**[CIVIL L.R. 7-10, 7-11, 16-10]**<br><br>Hon. Haywood S. Gilliam, Jr., Presiding<br><br>(E-filing) |

The ex parte administrative motion of Defendant Christopher Perry Hunter ("Defendant" or "Christopher") for an order granting permission for Ory Sandel, Esq., to appear in lieu of Richard J. Idell, Esq., Defendant's lead trial counsel, at the September 5, 2017 initial case management conference scheduled in this action is DENIED.

IT IS SO ORDERED.

Dated:   8/24/2017                                 */s/ Haywood S. Gilliam, Jr.*
                                                             Hon. Haywood S. Gilliam, Jr.
                                                             Judge of the United States District Court