Geerte Frenken

Postbus 7024

9701 JA, Groningen

The Netherlands

info@freejasmijn.com

+31-631524956


Pro Se Plaintiff

# UNITED STATES DISTRICT COURT
# THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| GEERTE M. FRENKEN,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CHRISTOPHER PERRY HUNTER<br><br>　　　　　Defendant. | Case No. 17-cv-03125-HSG<br>JUDGE: Judge Hon. Haywood S Gilliam, Jr.<br><br><br>**ORDER**<br>**LEAVE FOR TELEPHONIC APPEARANCE**<br><br>DATE: September 12, 2017<br>TIME: 2:00 PM<br>PLACE: 1301 Clay Street<br>Court room 2, 4th Floor<br>Oakland, California, 94612<br>JUDGE: Judge Hon. Haywood S Gilliam, Jr. |

　Having considered the motion and finding that good cause exists, Plaintiff Geerte M. Frenken's Motion for Leave to attend the September 12, 2017, Case Management Conference via Telephonic Appearance, is GRANTED. Plaintiff shall contact CourtCall at

1 | (866) 582-6878 to make arrangements for the telephonic appearance.

**IT IS SO ORDERED.**

Date: August 29, 2017

Haywood S. Gilliam, Jr.
United States District Judge