UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEERTE M. FRENKEN, Plaintiff, v. CHRISTOPHER PERRY HUNTER, Defendant. | Case No. 17-cv-03125-HSG<br><br>**ORDER DENYING MOTIONS TO EXPEDITE CASE SCHEDULE AND MOTION FOR LEAVE TO APPEAR TELEPHONICALLY**<br><br>Re: Dkt. Nos. 14, 20, 53 |

Pending before the Court are Plaintiff Geerte M. Frenken's motions to expedite the case schedule, Dkt. Nos. 14, 53, and her motion for leave to appear telephonically, Dkt. No. 20. The Court **DENIES** the motions to expedite the case schedule for two reasons: (1) Plaintiff failed to comply with Civil Local Rule 16-2(d); and (2) Article 11 of the Hague Convention on the Civil Aspects of International Child Abduction, by its plain language, does not support the relief requested.[1] The Court also **DENIES** the motion for leave to appear telephonically at all proceedings in this matter. The Court will continue to consider requests to appear telephonically on a proceeding-by-proceeding basis.[2]

**IT IS SO ORDERED.**

Dated: 8/30/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge

---

[1] In addition to an expedited case schedule, the first motion above also requested that the Court issue summons and grant Plaintiff's motion to proceed *in forma pauperis* ("IFP"). Dkt. No. 14. Subsequently, summons was issued and executed, the filing fee was paid, and the IFP application was terminated. Dkt. Nos. 3, 15−16, 19. Thus, the first motion above is now fully resolved.

[2] For example, the Court recently granted Plaintiff's request to appear telephonically at the upcoming case management conference. *See* Dkt. No. 57.