Geerte Frenken

Postbus 7024

9701 JA, Groningen

The Netherlands

info@freejasmijn.com

+31-631524956


Pro Se Plaintiff

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

|  |  |
|---|---|
| GEERTE M. FRENKEN,<br><br>           Plaintiff,<br><br>vs.<br><br>CHRISTOPHER PERRY HUNTER<br><br>           Defendant. | Case No. 17-cv-03125-HSG<br>HON. JUDGE: Judge Hon. Haywood S Gilliam, Jr.<br><br>**ORDER GRANTING LEAVE FOR TELEPHONIC APPEARANCE**<br><br>DATE: September 28, 2017<br>TIME: 2:00 PM<br>PLACE: 1301 Clay Street<br>Court room 2, 4th Floor<br>Oakland, California, 94612<br>JUDGE: Judge Hon. Haywood S Gilliam, Jr. |

Having considered the motion and finding that good cause exists, Plaintiff's GEERTE M. FRENKEN's Motion for Leave to attend the September 28, 2017, hearing regarding Defendant's Motion to Dismiss and Defendant's Motion for Bond, via Telephonic

Appearance, is GRANTED.  Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

**IT IS SO ORDERED.**

Date: September 6, 2017

_____
Haywood S. Gilliam, Jr.
United States District Judge

ORDER GRANTING LEAVE FOR TELEPHONIC APPEARANCE
CASE NO. 4: 17-cv-03125-HSG